# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Darren A. Britto, et al.
Plaintiff

v.

Civil Action No.

Bureau of Alcohol, Tobacco, Firearms and Exp
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

The undersigned counsel for Plaintiffs Darren A. Britto, Gabriel A. Tauscher, and Shawn M. Kroll

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Darren A. Britto, Gabriel A. Tauscher, Shawn M. Kroll, Bureau of Alcohol, Tobacco, Firearms and Explosives, Wisconsin Institute for Law & Liberty, Inc., Attorney Daniel P. Lennington, Attorney Lucas T. Vebber, Tormey & McConnell, Jeffrey W. Tormey, and Ed J. McConnell

| | |
|---|---|
| Date: | January 31, 2023 |
| Signature: | s/ Ed J. McConnell |
| Print Name: | Ed J. McConnell |
| Bar Number: | 13442500 |
| Address: | 310 SW 6th Avenue |
| City, State, Zip: | Amarillo, TX 79101 |
| Telephone: | 806-414-4087 |
| Fax: | 806-355-4771 |
| E-Mail: | ed@tmcattorneys.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.