UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Darren A. Britto, et al. §
    *Plaintiff* §
  §
  §
v. § Case No. 23-CV-00019
  §
  §
Bureau of Alcohol, Tobacco, Firearms and Explosives §
    *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Wisconsin Institute for Law & Liberty, Inc._____, with offices at

330 E. Kilbourn Ave., Suite 725
(Street Address)

Milwaukee    WI    53202
(City)    (State)    (Zip Code)

414-727-9455    414-727-6385
(Telephone No.)    (Fax No.)

**II.**    Applicant will sign all filings with the name Daniel P. Lennington.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Plaintiffs Darren A. Britto, Gabriel A. Tauscher, and Shawn M. Kroll

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

_____Wisconsin_____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:
_____

Bar license number: 1088694    Admission date: 04/11/2012

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Wisconsin - Eastern District | 07/16/2012 | Active |
| Wisconsin - Western District | 07/13/2012 | Active |
| 6th Circuit Court of Appeals | 03/19/2004 | Active |
| 7th Circuit Court of Appeals | 07/27/2012 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Ed McConnell and Jeffrey W. Tormey, Tormey & McConnell , who has offices at

310 SW 6th Avenue
(Street Address)

Amarillo                TX              79101
(City)                  (State)         (Zip Code)

806-414-4087            806-355-4771
(Telephone No.)         (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  31st  day of January , 2023 .

Daniel P. Lennington
Printed Name of Applicant

s/ Daniel P. Lennington
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.