UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Darren A. Britto, et al. §
      *Plaintiff* §
§
§
v. § Case No. 23-CV-00019
§
§
Bureau of Alcohol, Tobacco, Firearms and Explosives §
      *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Wisconsin Institute for Law & Liberty, Inc._____, with offices at

330 E. Kilbourn Ave., Suite 725
(Street Address)

Milwaukee          WI          53202
(City)          (State)          (Zip Code)

414-727-9455          414-727-6385
(Telephone No.)          (Fax No.)

**II.**    Applicant will sign all filings with the name Richard M. Esenberg_____.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Plaintiffs Darren A. Britto, Gabriel A. Tauscher, and Shawn M. Kroll

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Wisconsin_____, where Applicant regularly practices law.

Bar license number: 1005622    Admission date: 09/14/1981

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Wisconsin - Eastern District | 09/15/1981 | Active |
| Wisconsin - Western District | 09/14/1981 | Active |
| 7th Circuit Court of Appeals | 10/22/1985 | Active |
| Supreme Court of the United States | 01/22/2013 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:               Case No. And Style:

_____    _____

_____    _____

_____    _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

 Jeffrey W. Tormey and Ed McConnell, Tormey & McConnell , who has offices at

 310 SW 6th Avenue 
(Street Address)

 Amarillo                              TX                    79101 
(City)                                (State)              (Zip Code)

 806-414-4087                          806-355-4771 
(Telephone No.)                        (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   31st   day of January                           , 2023     .

 Richard M. Esenberg 
Printed Name of Applicant

 s/ Richard M. Esenberg 
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.