IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 1 2023
CLERK, U.S. DISTRICT COURT
By ___ Deputy

| | |
|---|---|
| DARREN A. BRITTO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> Defendant. | § § § § § § § § § § § §   2:23-CV-019-Z |

### ORDER

Before the Court is Plaintiffs' Application for Admission *Pro Hac Vice* ("Application") (ECF No. 6), filed on January 31, 2023. Daniel P. Lennington is an attorney licensed to practice in the State of Wisconsin. Mr. Lennington represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Daniel P. Lennington may represent Plaintiffs in this matter, subject to further order of the Court.

**SO ORDERED.**

February _1_, 2023

*/s/ Matthew J. Kacsmaryk*
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE