IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, *et al.*, | § |
| Plaintiffs, | § |
| v. | §   2:23-CV-019-Z |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | § |
| Defendant. | § |

**ORDER**

Before the Court is Plaintiffs' Application for Admission *Pro Hac Vice* ("Application") (ECF No. 7), filed on January 31, 2023. Lucas T. Vebber is an attorney licensed to practice in the State of Wisconsin. Mr. Vebber represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Lucas T. Vebber may represent Plaintiffs in this matter, subject to further order of the Court.

**SO ORDERED.**

February __1__, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE