IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED

    FEB - 1 2023

CLERK, U.S. DISTRICT COURT
By_____
           Deputy
```

| | | |
|---|---|---|
| DARREN A. BRITTO, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | 2:23-CV-019-Z |
| BUREAU OF ALCOHOL, TOBACCO, | § | |
| FIREARMS AND EXPLOSIVES, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

Before the Court is Plaintiffs' Application for Admission *Pro Hac Vice* ("Application") (ECF

No. 8), filed on January 31, 2023. Richard M. Esenberg is an attorney licensed to practice in the State

of Wisconsin. Mr. Esenberg represented to the Court that he has read *Dondi Properties Corp. v.*

*Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules

for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the

Local Rules. Accordingly, the Court finds the Application should be and is hereby **GRANTED**.

The Court **ORDERS** that Richard M. Esenberg may represent Plaintiffs in this matter, subject to

further order of the Court.

**SO ORDERED.**

February __, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE