

**BRIAN W. STOLTZ,** *Assistant United States Attorney*

1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699

*Telephone:* (214) 659-8626
brian.stoltz@usdoj.gov

---

February 1, 2023

Daniel P. Lennington
Wisconsin Institute for Law & Liberty, Inc.
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202

By email to dan@will-law.org

Re: *Britto et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives*, No. 2:23-CV-19-Z (N.D. Tex.)

Dear Mr. Lennington:

This is to confirm that on January 31, 2023, I accepted on behalf of the United States Attorney for the Northern District of Texas service of the summons and complaint in the above-captioned action. *See* Fed. R. Civ. P. 4(*i*)(1)(A)(i).

Please note that my authority to accept service of process is limited to service on the United States Attorney for the Northern District of Texas, and I do not have authority to accept service of process on behalf of the Attorney General or any other person/entity that may need to be served under Fed. R. Civ. P. 4.

Very truly yours,

*Brian W. Stoltz*

Brian W. Stoltz
Assistant United States Attorney