IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DARREN A. BRITTO, GABRIEL A. TAUSCHER, and SHAWN M. KROLL,

    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

    Defendant.

Case No. 2:23-cv-00019

## DECLARATION OF SERVICE BY MAIL

I, Stacy Stueck, effectuated service by mail to the United States via certified mail, by properly enclosing the Summons and Complaint filed in the above-referenced action in a postage paid envelope on January 31, 2023 addressed to:

    Office of the Attorney General
    of the United States
    950 Pennsylvania Ave, N.W.
    Washington, DC 20530-0001

A copy of the Summons and Complaint was sent via certified mail to:

    Bureau of Alcohol, Tobacco, Firearms and Explosives
    99 New York Avenue, NE
    Washington, DC 20226

I declare under penalty of perjury that the foregoing is true and correct.

    Dated: January 31, 2023.

                                      s/ *Stacy Stueck*
                                      Stacy Stueck
                                      Director of Administration

                          Wisconsin Institute for
                          Law & Liberty, Inc.
                          330 East Kilbourn Avenue, Suite 725
                          Milwaukee, WI 53202
                          Telephone: (414) 727-9455
                          Facsimile: (414) 727-6385



Office of the Attorney General of the United States
950 Pennsylvania Ave, N.W.
Washington, DC 20530-0001



Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, NE
Washington, DC 20226