IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DARREN A. BRITTO, GABRIEL A.
TAUSCHER, and SHAWN M. KROLL,

    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

    Defendant.

Case No. 2:23-cv-00019

**ORDER ON MOTION FOR PRELIMINARY INJUNCTION**

For the reasons stated in the attached opinion, Plaintiffs' Motion for a Preliminary Injunction is hereby granted. As permitted by Fed. R. Civ. P. 65 and 5 U.S.C. 705, Defendant is prohibited from implementing and enforcing the "Factoring Criteria for Firearms with Attached 'Stabilizing Braces'" Rule as published at 88 Fed. Reg. 6478 (Jan. 31, 2023), until further order of this Court.

Date: _____   By:_____
                                              The Honorable Matthew J. Kacsmaryk