## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, GABRIEL A. TAUSCHER, and SHAWN M. KROLL, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> Defendant. | Case No. 2:23-cv-00019-Z |

### [PROPOSED] ORDER GRANTING CMMG'S MOTION TO INTERVENE

Upon consideration of CMMG, Inc.'s Motion to Intervene, and brief in support, it is hereby

**ORDERED** that the Motion to Intervene is **GRANTED**. It is further

**ORDERED** that the proposed Complaint and Motion for Preliminary Injunction are **DEEMED FILED AND SERVED** as of the date of this Order.

**SO ORDERED** this ___ day of _____, 2023

By: _____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE