# EXHIBIT D



**U.S. Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**

# Commercially available firearms equipped with a "stabilizing brace" that are short-barreled rifles*

*May not be marketed by original manufacturer in displayed configuration, rather a wholesaler or retailer

This is not an exhaustive list of commercially available firearms equipped with a "stabilizing brace" that are short-barreled rifles. However, this list is representative of how ATF will apply the definition of "rifle" to firearms that are equipped with a "stabilizing brace." For purposes of this document, the term "short-barreled rifle" is used to refer to rifles with a barrel or barrels of less than sixteen inches, that are subject to the provisions of the NFA.



# AR-type Platforms

000002

# Ruger, model AR-556 with SBA3 Attached – Short-barreled Rifle





# Q, model Honey Badger with HBPDW Attached – Short-barreled Rifle





# Q, model Sugar Weasel with SBA3 Attached – Short-barreled Rifle





# <u>CMMG, model Banshee with SBA3 Attached – Short-barreled Rifle</u>





# Daniel Defense, model DDM4 with SBPDW Attached – Short-barreled Rifle





# FN, model FN15 with SBA3 Attached – Short-barreled Rifle





# Fostech, model Lite with SBPDW Attached – Short-barreled Rifle





# Maxim Defense Industries, model MDX with Maxim PDW Attached – Short-barreled Rifle





# Palmetto State Armory, model PA-15 with SBA3 Attached – Short-barreled Rifle





# <u>Smith & Wesson, model M&P 15 with SBA3 Attached – Short-barreled Rifle</u>





# Smith & Wesson, model M&P 15-22P with SBA3 Attached – Short-barreled Rifle





# Springfield, model Victor with Magpul BTR Attached – Short-barreled Rifle





# Springfield, model Saint Victor with Tailhook Mod2 Attached – Short-barreled Rifle





# Springfield, model Saint Edge with Tailhook Mod1C Attached – Short-barreled Rifle





# Springfield, model Saint Edge with Tailhook Attached – Short-barreled Rifle





# Springfield, model Saint Edge with Mini Tailhook Attached – Short-barreled Rifle





000018

# AK-type Platforms

000019

# Palmetto State Armory, model AKV with AKTF Attached – Short-barreled Rifle





# Romarm, model Champion 2007 with SB47 Attached – Short-barreled Rifle





# H&K-type Platforms

000022

# H&K, model SP5 with Gear Head Mod1 Tailhook Attached – Short-barreled Rifle





# Pistol Caliber Configuration (PCC)-type Platforms

000024

# LWRC, model SMG-45 with SBT1 Attached – Short-barreled Rifle





# CZ, model Scorpion EVO 3 S1 with SBTEVO Attached – Short-barreled Rifle





# Diamondback Firearms, model DBX with FS1913 Attached – Short-barreled Rifle





000027

# Kriss USA, model Kriss Vector SDP with SBX-K Attached – Short-barreled Rifle





000028

# IWI, model UZI Pro Pistol with SBX-K Attached – Short-barreled Rifle





000029

# Sig Sauer, model MCX with FS1913 Attached – Short-barreled Rifle





# Sig Sauer, model MPX with FS1913 Attached – Short-barreled Rifle





# Sig Sauer, model MPX with SIG PCB Attached – Short-barreled Rifle





# Sig Sauer, model MPX with PSB Attached – Short-barreled Rifle





# Other Rifle-type Configurations

000034

# Black Collar, model Pork Sword with FS1913 Attached – Short-barreled Rifle





000035

# <u>Christensen Arms, model 14 with FS1913 Attached – Short-barreled Rifle</u>





000036

# Remington, model 700CP with SBA3 Attached – Short-barreled Rifle





# Q, model Mini Fix with Proprietary Brace – Short-barreled Rifle





000038