UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, GABRIEL A. TAUSCHER, and SHAWN M. KROLL,<br><br>Plaintiffs,<br><br>CMMG, Inc.<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>Defendant. | Case No. 2:23-cv-00019-Z |

### CMMG INC.'s [PROPOSED] MOTION FOR PRELIMINARY INJUNCTION

Plaintiff-Intervenor CMMG, Inc. ("CMMG") respectfully moves this Court pursuant to Fed. R. Civ. P. 65 and 5 U.S.C. § 705, through its undersigned counsel, for a preliminary injunction against Defendant and its officers, agents, servants and employees.

Specifically, Plaintiff-Intervenor moves to enjoin Defendant from enforcing its January 31, 2023 regulation and its accompanying adjudications. *See* Factoring Criteria for Firearms with Attached "Stabilizing Braces," 88 Fed. Reg. 6,478 (Jan. 31, 2023) (the "Rule"); ATF, Common Weapon Platforms With Attached 'Stabilizing Brace' Designs that are Short-Barreled Rifles (Jan. 2023), https://www.atf.gov/rules-and-regulations/docs/undefined/bracefinalruleguidance-non-commercial/download; ATF, Commercially Available Firearms Equipped with a 'Stabilizing Brace' that are Short-Barreled Rifles (Jan. 2023), https://www.atf.gov/rules-and-regulations/docs/undefined/bracefinalruleguidance-commerciallypdf/download.

This Motion is fully supported by the accompanying Memorandum.

| | |
|---|---|
| February 17, 2023 | /s/ Dusty J. Stockard |
| | Dusty J. Stockard |
| | Texas Bar No.: 24028014 |
| | **STOCKARD, JOHNSTON, BROWN** |
| | **NETARDUS & DOYLE, P.C.** |
| | 1030 N. Western |
| | Amarillo, TX 79106 |
| | Tel: 806.372.2202 |
| | Fax: 806.379.7799 |
| | DStockard@sjblawfirm.com |
| | |
| | Stephen J. Obermeier* |
| | Thomas M. Johnson, Jr.* |
| | Michael D. Faucette* |
| | Jeremy J. Broggi* |
| | Boyd Garriott* |
| | **WILEY REIN LLP** |
| | 2050 M Street NW |
| | Washington, DC 20036 |
| | Tel: 202.719.7000 |
| | Fax: 202.719.7049 |
| | SObermeier@wiley.law |
| | TMJohnson@wiley.law |
| | MFaucette@wiley.law |
| | JBroggi@wiley.law |
| | BGarriott@wiley.law |
| | |
| | *\* pro hac vice forthcoming* |
| | |
| | *Counsel for Proposed Intervenor CMMG, Inc.* |