UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, GABRIEL A. TAUSCHER, and SHAWN M. KROLL,<br><br>Plaintiffs,<br><br>CMMG, Inc.<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>Defendant. | Case No. 2:23-cv-00019-Z |

### [PROPOSED] ORDER GRANTING CMMG'S MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of CMMG, Inc.'s Motion for Preliminary Injunction, and brief in support, it is hereby

**ORDERED** that the Motion for Preliminary Injunction is **GRANTED**. It is further

**ORDERED** that Defendant is preliminarily enjoined from enforcing its rule: Factoring Criteria for Firearms with Attached "Stabilizing Braces," 88 Fed. Reg. 6,478 (Jan. 31, 2023). It is further

**ORDERED** that Defendant is preliminarily enjoined from enforcing is adjudications: ATF, Common Weapon Platforms With Attached 'Stabilizing Brace' Designs that are Short-Barreled Rifles (Jan. 2023), https://www.atf.gov/rules-and-regulations/docs/undefined/bracefinalruleguidance-non-commercial/download; ATF, Commercially Available Firearms Equipped with a 'Stabilizing Brace' that are Short-Barreled Rifles (Jan. 2023), https://www.atf.gov/rules-and-regulations/docs/undefined/bracefinalruleguidance-commerciallypdf/download.

**SO ORDERED** this \_\_\_ day of _____, 2023

                                                By: _____
                                                MATTHEW J. KACSMARYK
                                                UNITED STATES DISTRICT JUDGE