# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Darren A. Britto, et al.
Plaintiff

v.

ATF
Defendant

23-CV-00019-Z
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

The undersigned counsel for Plaintiff-Intervenor CMMG, Inc.,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Overstreet Investments, Inc. owns 100% of CMMG, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

CMMG, Inc., Overstreet Investments, Inc., Conquest Off Road, LLC, Black Rifle, LLC, FFE, Inc., Midwest 3 Gun Range, LLC, Overstreet Equipment, LLC, Boonslick Creative, LLC, ammosalecom, LLC, and Core DBA Flite Test Midwest, LLC.

| | |
|---|---|
| Date: | 02/17/2023 |
| Signature: | /s/ Dusty J. Stockard |
| Print Name: | Dusty J. Stockard |
| Bar Number: | 24028014 |
| Address: | 1030 N. Western |
| City, State, Zip: | Amarillo, TX 79106 |
| Telephone: | (806) 372-2202 |
| Fax: | (806) 379-7799 |
| E-Mail: | dstockard@sjblawfirm.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.