UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, GABRIEL A. TAUSCHER, and SHAWN M. KROLL, <br><br> Plaintiffs, <br><br> CMMG, Inc. <br><br> Plaintiff-Intervenor <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> Defendant. | Case No. 2:23-cv-00019-Z |

## NOTICE OF RELATED CASES

Plaintiff-Intervenor CMMG, Inc. hereby submits the following notice of related cases pursuant to Local Rule 3.3:

1. *Mock v. Garland*, 4:23-cv-00095-O (N.D. Tex.)

    On January 31, 2023, individual Plaintiffs and Firearms Policy Coalition brought a constitutional and Administrative Procedure Act challenge against the same Rule being litigated in this matter. Judge O'Connor is presiding over the case and it is currently pending.

2. *Texas v. ATF*, 6:23-cv-13 (S.D. Tex.)

    On February 9, 2023, the state of Texas, along with other interested parties, brought a constitutional and Administrative Procedure Act challenge against the same Rule being litigated in this matter. Judge Tipton is presiding over this case and it is currently pending.

3. *Watterson v. ATF*, **4:23-cv-00080 (E.D. Tex.)**

On January 31, 2023, Blake Watterson brought a constitutional and Administrative Procedure Act challenge against the same Rule being litigated in this matter. Judge Mazzant is presiding over this case and it is currently pending.

4. *Second Amendment Foundation v. ATF*, **3:21-cv-0016-B (N.D. Tex.)**

On January 15, 2021, private plaintiffs brought a constitutional and Administrative Procedure Act challenge against an ATF open letter concerning stabilizing braces. The case was stayed, but the Court lifted the stay on February 17, 2023, in light of the publication of the Rule being litigated in this matter. Judge Boyle is presiding over this case and it is currently pending.

5. *FRAC v. Garland*, **1:23-cv-00024 (D.N.D.)**

On February 10, 2023, private Plaintiffs and twenty-five States brought a constitutional and Administrative Procedure Act challenge against the same Rule being litigated in this matter. Judge Hovland is presiding over this case and it is currently pending.

|  |  |
|---|---|
| February 17, 2023 | /s/ Dusty J. Stockard <br> Dusty J. Stockard <br> Texas Bar No.: 24028014 <br> **STOCKARD, JOHNSTON, BROWN NETARDUS & DOYLE, P.C.** <br> 1030 N. Western <br> Amarillo, TX 79106 <br> Tel: 806.372.2202 <br> Fax: 806.379.7799 <br> DStockard@sjblawfirm.com <br><br> Stephen J. Obermeier* <br> Thomas M. Johnson, Jr.* <br> Michael D. Faucette* <br> Jeremy J. Broggi* <br> Boyd Garriott* <br> **WILEY REIN LLP** <br> 2050 M Street NW <br> Washington, DC 20036 <br> Tel: 202.719.7000 <br> Fax: 202.719.7049 <br> SObermeier@wiley.law <br> TMJohnson@wiley.law <br> MFaucette@wiley.law <br> JBroggi@wiley.law <br> BGarriott@wiley.law <br><br> *pro hac vice forthcoming* <br><br> *Counsel for Proposed Intervenor CMMG, Inc.* |