UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DARREN A. BRITTO, et. al. §
*Plaintiff* §
§
§
§
v. § Case No. 2:23-cv-00019-Z
§
BUREAU OF ALCOHOL, TOBACCO, §
FIREARMS AND EXPLOSIVES §
*Defendant* §
§

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Wiley Rein LLP                                                                , with offices at

2050 M Street NW
(Street Address)

Washington                         DC                20036
(City)                             (State)           (Zip Code)

202.719.7000                       202.719.7049
(Telephone No.)                    (Fax No.)


II. Applicant will sign all filings with the name  Jeremy J. Broggi                        .


III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

CMMG, Inc.




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of ____District of Columbia____, where Applicant regularly practices law.

Bar license number: 1029427     Admission date: November 6th, 2015

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| State of Maryland | December 16th, 2014 | Active |
| United States District Court for the District of Maryland | November 4th, 2015 | Active |
| United States District Court for the District of Columbia | July 19th, 2017 | Active |
| United States Court of Appeals for the Sixth Circuit | November 18th, 2021 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

_____      _____

_____      _____

_____      _____

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

 Dusty J. Stockard                                                   , who has offices at

 1030 N. Western
(Street Address)

 Amarillo                             TX                  79106
(City)                                (State)             (Zip Code)

 (806) 372-2202                       (806) 379-7799
(Telephone No.)                       (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓]   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]   Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   17   day of February            , 2023     .

                                                  Jeremy J. Broggi
                                                  Printed Name of Applicant

                                                  /s/ Jeremy J. Broggi
                                                  Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Jeremy Joseph Broggi

was duly qualified and admitted on November 6, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 16, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DARREN A. BRITTO, GABRIEL A. TAUSCHER, and SHAWN M. KROLL<br>*Plaintiff* | §<br>§<br>§<br>§ | |
| v. | § | Case No. _____2:23-cv-00019-Z_____ |
| | §<br>§ | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES<br>*Defendant* | §<br>§<br>§ | |

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court has considered the Application for Admission *Pro Hac Vice* of

_Jeremy J. Broggi_____.

It is ORDERED that:

☐   the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐   the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____   _____
DATE                                PRESIDING JUDGE