UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, GABRIEL A. TAUSCHER, and SHAWN M. KROLL, <br><br> Plaintiffs, <br><br> CMMG, Inc. <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> Defendant. | Case No. 2:23-cv-00019-Z |

## AFFIDAVIT AND RETURN OF SERVICE

**State of Texas** )

**County of Potter** )

I, being duly sworn, state that I served on the 21st day of February, 2023, a true copy of the Motion to Intervene, Brief in Support, Proposed Complaint of Intervenor and Proposed Motion for Preliminary Injuction and further state the following in support thereof.

"My name is Gary Owens. I am over the age of 18, of sound mind, and am competent to make this affidavit. The following is within my personal knowledge and is true and correct.

"I personally served the U.S. Attorney's Office, 500 S. Taylor, Ste 300, Amarillo, TX on February 21, 2023. The subject acknowledged receipt by signing for the documents."

FURTHER AFFIANT SAITH NOT.

_____
GARY OWENS, PROCESS SERVER

SUBSCRIBED AND SWORN TO before me this 22 day of February, 2023.

_____
Notary Public, State of Texas
My Commission Expires: 1-25-2024

CHARITY N. DAVIS
Notary Public, State of Texas
Comm. Expires 01-25-2024
Notary ID 124791323



# STOCKARD JOHNSTON BROWN NETARDUS & DOYLE

## A LAW FIRM

February 21, 2023

U.S. Attorney's Office
500 S. Taylor, Suite 300
Amarillo, TX 79101

### ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

RE:   Case 2:23-cv-00019-Z; Britto et al v. Bureau of ATF

    The undersigned hereby acknowledges receipt of CMMG'S Motion to Intervene, Brief in Support, Proposed Complaint and Proposed Motion for Preliminary Injunction

Received By: _[signature]_
Print Name: Ashley Richerson
Date: 2/21/23

P.O. BOX 3280   •   AMARILLO, TX 79116-3280   •   806.372.2202   •   FAX 806.379.7799