IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES.<br><br>    *Defendants*. | No. 2:23-cv-19-Z |

## JOINT MOTION FOR EXTENSION OF PAGE LIMITS

Plaintiffs, Darren A. Britto, Gabriel A. Tauscher, and Shawn M. Kroll, and Defendant, the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), jointly move for an extension of page limits in the parties' respective briefs concerning Plaintiffs' Motion for a Preliminary Injunction. ECF No. 15. There is good cause to grant this Joint Motion, and in support the parties state the following.

Plaintiffs filed suit in this matter on January 31, 2023, ECF No. 1, and filed their Motion for a Preliminary Injunction on February 7. ECF No. 15. Plaintiffs' raise six separate legal claims as reasons why a recent Rule by ATF should be preliminarily enjoined. Given the number, complexity, and novelty of the issues presented, and the relief that is requested, the standard 25-page response provided under the Local Rules is insufficient to address the issues before the Court.

Accordingly, to ensure that the parties can fully present their arguments, and because a fulsome explanation from both sides will aid the Court in its consideration of Plaintiffs' Motion, the parties respectfully request that Defendants be permitted to file a Response of up to 45 pages in

length, and Plaintiffs be permitted to file a Reply of up to 18 pages in length.  A proposed order is attached.

Dated: February 24, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ *Michael Drezner*
MICHAEL DREZNER (VA #83836)
FAITH E. LOWRY (TX # 24099560)
JODY D. LOWENSTEIN (MT #55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: 202-514-4505
Email: Michael.L.Drezner@usdoj.gov

*Attorneys for Defendants*

Dated: February 24, 2023.

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

s/ *Daniel P. Lennington*
Richard M. Esenberg (admitted *pro hac vice*)
Daniel P. Lennington (admitted *pro hac vice*)
Lucas T. Vebber (admitted *pro hac vice*)
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Phone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Dan@will-law.org
Lucas@will-law.org

TORMEY & McCONNELL

Ed J. McConnell (Bar No. 13442500)
Jeffrey W. Tormey (Bar No. 00794746)
310 SW 6th Avenue

Amarillo, TX 79101
Phone: (806) 414-4087
Ed@tmcattorneys.com
Jeff@tmcattorneys.com

*Attorneys for Plaintiffs*