# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES. <br><br> *Defendant*. | No. 2:23-cv-19-Z |

## **[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION OF PAGE LIMITS**

The Court, having considered the Joint Motion for Extension of Page Limits, concludes that the motion has merit and should be, and hereby is, GRANTED. Accordingly, IT IS ORDERED that:

1. Defendant's Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction shall not exceed 45 pages in length.

2. Plaintiffs' Reply in Support of their Motion shall not exceed 18 pages in length.

SO ORDERED on _____.

_____
UNITED STATES DISTRICT JUDGE