IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARREN A. BRITTO, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:23-CV-019-Z |
| | § | |
| BUREAU OF ALCOHOL, TOBACCO, | § | |
| FIREARMS AND EXPLOSIVES, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is parties' Joint Motion for Extension of Page Limits ("Motion") (ECF No. 30), filed on February 24, 2023. Having considered the Motion, the Court **GRANTS** the Motion. Accordingly, the Court **ORDERS** that Defendant's response to Plaintiffs' motion for preliminary injunction must not exceed 45 pages in length. Any reply filed by Plaintiffs must not exceed 18 pages in length.

**SO ORDERED.**

February 28, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE