IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 2 8 2023

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| DARREN A. BRITTO, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:23-CV-019-Z |
| | § | |
| BUREAU OF ALCOHOL, TOBACCO, | § | |
| FIREARMS AND EXPLOSIVES, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is CMMG, Inc.'s Application for Admission *Pro Hac Vice* ("Application") (ECF No. 27), filed on February 17, 2023. Boyd Garriott is an attorney licensed to practice in the District of Columbia. Mr. Garriott represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Dusty J. Stockard has been obtained as local counsel. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Mr. Garriott may represent CMMG, Inc. in this matter, subject to further order of the Court.

**SO ORDERED**.

February 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE