IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| DARREN A. BRITTO, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:23-CV-019-Z |
| | § | |
| BUREAU OF ALCOHOL, TOBACCO, | § | |
| FIREARMS AND EXPLOSIVES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is CMMG, Inc.'s Application for Admission *Pro Hac Vice* ("Application") (ECF No. 25), filed on February 17, 2023. Thomas M. Johnson, Jr. is an attorney licensed to practice in the District of Columbia. Mr. Johnson represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Dusty J. Stockard has been obtained as local counsel. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Mr. Johnson may represent CMMG, Inc. in this matter, subject to further order of the Court.

**SO ORDERED**.

February 28, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE