# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, <br><br> *Defendant*. | No. 2:23-cv-19-Z |

## ERRATA

Defendant, the Bureau of Alcohol, Tobacco, Firearms, and Explosives respectfully submits the instant errata, correcting certain citations and statements regarding historical laws cited in Defendant's Opposition to Plaintiffs' Motion for a Preliminary Injunction, ECF No. 33 at 34-36. A clean, corrected brief is attached as Exhibit 1, and a redline version is attached as Exhibit 2.

Dated: March 8, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Michael Drezner*
MICHAEL DREZNER (VA Bar No. 83836)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
FAITH E. LOWRY (TX Bar No. 24099560)
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

Phone: (202) 514-4505
Email: Michael.L.Drezner@usdoj.gov

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

On March 8, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Michael Drezner*

Trial Attorney
U.S. Department of Justice