**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

DARREN A. BRITTO, *et al.*,

   *Plaintiffs*,

  v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES.

   *Defendant.*

No. 2:23-cv-19-Z

**<u>JOINT MOTION FOR EXTENSION OF PAGE LIMITS</u>**

Defendant, the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and Proposed Intervenor CMMG, Inc. jointly move for an extension of page limits in the parties' respective briefs concerning CMMG's Motion for a Preliminary Injunction. ECF No. 20. There is good cause to grant this Joint Motion, and in support the parties state the following.

CMMG filed a motion to intervene in this lawsuit on February 17, 2023, ECF No. 17, and filed a proposed intervenor complaint and motion for preliminary injunction the same day, ECF Nos. 18, 19. In its motion for preliminary injunction, CMMG raises several separate legal claims as reasons why a recent Rule by ATF should be preliminarily enjoined. While some of its arguments overlap with the briefing already filed in this matter, many of their arguments raise new issues for the first time in this litigation. Given the number, complexity, and novelty of the issues presented, and the relief that is requested, the standard page limits provided under the Local Rules is insufficient to address the issues before the Court.

Accordingly, to ensure that the parties can fully present their arguments, and because a fulsome explanation from both sides will aid the Court in its consideration of CMMG's Motion, the

parties respectfully request that Defendant be permitted to file a Response of up to 30 pages in length, and CMMG be permitted to file a Reply of up to 20 pages in length.[1] A proposed order is attached.

Dated: March 10, 2023                    Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General

                                         BRIGHAM J. BOWEN
                                         Assistant Branch Director

                                         /s/ Michael Drezner
                                         MICHAEL DREZNER (VA #83836)
                                         FAITH E. LOWRY (TX # 24099560)
                                         TAYLOR PITZ (CA Bar No. 332080)
                                         JODY D. LOWENSTEIN (MT #55816869)
                                         Trial Attorneys
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street NW
                                         Washington, DC 20005
                                         Phone: 202-514-4505
                                         Email: Michael.L.Drezner@usdoj.gov

                                         *Attorneys for Defendant*

                                         /s/ Dusty J. Stockard
                                         Dusty J. Stockard
                                         Texas Bar No.: 24028014
                                         **STOCKARD, JOHNSTON, BROWN
                                         NETARDUS & DOYLE, P.C.**
                                         1030 N. Western
                                         Amarillo, TX 79106
                                         Tel: 806.372.2202
                                         Fax: 806.379.7799

---

[1] Plaintiffs and Defendant were previously granted leave to exceed the Local Rules' page limits, such that Defendant filed a 45-page response to Plaintiffs' preliminary injunction motion, and Plaintiffs received leave to file an 18-page reply. *See* ECF No. 32.

DStockard@sjblawfirm.com

Stephen J. Obermeier (*pro hac vice*)
Thomas M. Johnson, Jr. (*pro hac vice*)
Michael D. Faucette (*pro hac vice*)
Jeremy J. Broggi (*pro hac vice*)
Boyd Garriott (*pro hac vice*)
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000
Fax: 202.719.7049
SObermeier@wiley.law
TMJohnson@wiley.law
MFaucette@wiley.law
JBroggi@wiley.law
BGarriott@wiley.law

*Counsel for CMMG, Inc.*

## CERTIFICATE OF SERVICE

On March 10, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Michael Drezner
Trial Attorney
U.S. Department of Justice