IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES. <br><br> *Defendant*. | No. 2:23-cv-19-Z |

**[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION OF PAGE LIMITS**

The Court, having considered the Joint Motion for Extension of Page Limits, concludes that the motion has merit and should be, and hereby is, GRANTED. Accordingly, IT IS ORDERED that:

1. Defendant's Response in Opposition to Proposed Intervenor CMMG Inc.'s Motion for a Preliminary Injunction (ECF No. 20) shall not exceed 30 pages in length.

2. CMMG Inc.'s Reply in Support of their Motion shall not exceed 20 pages in length.

SO ORDERED on _____.

_____
UNITED STATES DISTRICT JUDGE