# SUPPLEMENTAL DECLARATION OF CHRIS REINKEMEYER

I, Chris Reinkemeyer, hereby declare as follows under the penalty of perjury.

1. I am the CEO of CMMG, Inc. ("CMMG") and I have held this position since 2016.

2. This declaration is intended to provide supplemental information to my declaration dated February 16, 2023. *See* Dkt. # 18-7.

3. Unless otherwise stated, this declaration is based on my personal knowledge and belief and my review of business records of CMMG. If called as a witness, I could and would testify competently to the contents of this declaration.

4. I am over 18 years of age, a citizen of the United States, and of sound mind.

5. As I explained in my February 16, 2023 declaration, in 2022, revenues from sales of braced pistols were approximately $25,000,000.

6. From March 14, 2021, through March 13, 2023—*i.e.*, the past 24 months—CMMG's revenues from online retail sales, through federal firearms licensees, were $15,294,123.51. In the same period, revenues from online retail sales to residents of Texas, also through federal firearms licensees, were $1,862,789.54.

7. CMMG has approximately 60 dealers in the Northern District of Texas and has sold to customers in Amarillo. CMMG earns approximately $3 million to $5 million in annual revenues through its Texas dealers.

8. Texas is the most important market for CMMG's products.

9. Based on its new rule, ATF has ruled that a CMMG-manufactured braced pistol, the "model Banshee with SBA3 attached" is a "short-barreled rifle." Dkt No. 18-4.

10. The regulatory analysis accompanying the rule says ATF will deem 99% of braced pistols "short-barreled rifles." Dkt. No. 18-2. This strongly suggests that other CMMG-manufactured braced pistols are likewise subject to the rule.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2023

_____
Chris Reinkemeyer
CEO, CMMG, Inc.