# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES. <br><br> *Defendant*. | No. 2:23-cv-19-Z |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, the Bureau of Alcohol, Tobacco, Firearms, and Explosives, moves to extend the deadline to respond to Plaintiffs' Complaint, ECF No. 1, for which the current deadline is April 4, 2023. Defendant has conferred with Plaintiffs, and Plaintiffs consent to this request.

Plaintiffs filed suit in this matter on January 31, 2023, ECF No. 1, and filed a motion for a preliminary injunction on February 7, 2023, ECF No. 14. Plaintiffs' motion remains pending.

Accordingly, Defendant respectfully requests that the Court extend its deadline to respond to Plaintiffs' Complaint until 30 days after the Court resolves Plaintiffs' preliminary-injunction motion. Defendant appreciates the Court's consideration and respectfully requests entry of the attached proposed order.

| | |
|---|---|
| Dated: March 28, 2023 | Respectfully submitted, <br><br> BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br><br> BRIGHAM J. BOWEN <br> Assistant Branch Director <br><br> */s/ Michael Drezner* <br> MICHAEL DREZNER (VA #83836) |

FAITH E. LOWRY (TX # 24099560)
JODY D. LOWENSTEIN (MT #55816869)
TAYLOR PITZ (CA #332080)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: 202-514-4505
Email: Michael.L.Drezner@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2023, I electronically filed the foregoing document with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                                    */s/ Jody D. Lowenstein*
                                    JODY D. LOWENSTEIN
                                    Trial Attorney
                                    U.S. Department of Justice