## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, *et al.*,  *Plaintiffs*,  v.  BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES.  *Defendant*. | No. 2:23-cv-19-Z |

## [PROPOSED] ORDER ON CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Court, having considered the Consent Motion for Extension of Time to Respond to Complaint, concludes that the motion has merit and should be, and hereby is, GRANTED. Defendant shall file an answer or otherwise respond to the complaint no later than 30 days after the Court resolves Plaintiffs' Motion for Preliminary Injunction. ECF No. 14.

SO ORDERED on _____.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE