IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-019-Z |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | |
| Defendant. | |

# ORDER

Before the Court is Defendant and Proposed Intervenor CMMG, Inc.'s ("CMMG") Joint Motion for Extension of Page Limits ("Motion") (ECF No. 40), filed on March 10, 2023. Defendant and CMMG ask for an extension of page limits in the parties' respective briefs concerning CMMG's proposed motion for a preliminary Injunction. ECF No. 40 at 1. Because the Court has not yet decided CMMG's motion to intervene (ECF No. 16), CMMG's motion for a preliminary injunction and all related filings are premature. However, the parties have already completed briefing on CMMG's motion for preliminary injunction. *See* ECF Nos. 42, 44. Accordingly, the Court **DENIES** the Motion as moot.

**SO ORDERED.**

March 28, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE