IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DARREN A. BRITTO, *et al.*,

    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

    Defendant.

2:23-CV-019-Z

## ORDER

Before the Court is Defendant's Consent Motion for Extension of Time to Respond to Complaint ("Motion") (ECF No. 46), filed on March 28, 2023. Having considered the Motion, the Court **GRANTS** the Motion. Accordingly, Defendant shall file an answer or otherwise respond to the Complaint no later than 30 days after the Court resolves Plaintiffs' Motion for Preliminary Injunction (ECF No. 14).

**SO ORDERED**.

March 30, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE