IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DARREN A. BRITTO, *et al.*,

    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,

    Defendant.

2:23-CV-019-Z

## ORDER

Before the Court is CMMG Inc.'s ("CMMG") [Proposed] Motion for Preliminary Injunction ("Motion") (ECF No. 19), filed on February 17, 2023. On April 14, 2023, the Court denied CMMG's motion to intervene. *See* ECF No. 50. Accordingly, the Court **DENIES** the Motion as moot.

**SO ORDERED.**

April 18, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE