IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

---

DARREN A. BRITTO, GABRIEL A. TAUSCHER, and SHAWN M. KROLL,

    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

    Defendant.

Case No. 2:23-cv-00019

---

**ORDER ON MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

---

    Plaintiffs' Motion for Leave to File Supplemental Authority is hereby granted.

Date: _____    By:_____
                                                     The Honorable Matthew J. Kacsmaryk