IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-019-Z |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | |
| Defendant. | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Supplemental Authority ("Motion") (ECF No. 52), filed on May 23, 2023. Having considered the Motion, the Court **GRANTS** the Motion.

**SO ORDERED.**

May 24, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE