IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> Defendant. | 2:23-CV-19-Z |

## ORDER

Before the Court is Defendant's Unopposed Motion for Leave to File Supplemental Authority (ECF No. 56), filed May 30, 2023 ("Motion"). Defendant attached to the Motion the order denying plaintiff's application for nationwide TRO and preliminary injunction in *Miller v. Garland*, No. 1:23-CV-195, 2023 WL 3692841 (E.D. Va. May 26, 2023). ECF No. 56-1. Having considered the Motion, the Court **GRANTS** the Motion.

**SO ORDERED.**

May 31, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE