IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES. <br><br> *Defendant*. | No. 2:23-cv-19-Z |

**[PROPOSED] ORDER ON JOINT MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL IN *MOCK***

The Court, having considered the Joint Motion to Stay District Court Proceedings, concludes that the motion has merit and should be, and hereby is, GRANTED. This case is stayed pending the Fifth Circuit's resolution of Plaintiffs' expedited appeal in *Mock v. Garland*. *See Mock v. Garland*, No. 23-10319 (5th Cir.). The parties shall file a Joint Status Report within fourteen days after the issuance of the Fifth Circuit's mandate in *Mock*.

SO ORDERED on _____.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE