IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-019-Z |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | |
| Defendant. | |

## ORDER

Before the Court is parties' Joint Motion to Stay District Court Proceedings Pending Appeal in *Mock* ("Motion") (ECF No. 60), filed on June 22, 2023. Parties ask the Court to stay further proceedings pending the Fifth Circuit's resolution of the expedited appeal of the district court's order denying a preliminary injunction in *Mock v. Garland*, No. 23-10319. This Court has noted that *Mock* is a "substantially similar" case and granted Plaintiffs' motion for a preliminary injunction pending *Mock*'s resolution. ECF No. 59 at 1. Therefore, the Court agrees that the Fifth Circuit's decision will likely provide significant guidance for resolving this case on the merits. Accordingly, the Court **GRANTS** the Motion and **ORDERS** that the case is stayed. The parties shall file a Joint Status Report within seven days after if the issuance of the Fifth Circuit's mandate in *Mock*.

**SO ORDERED.**

June 26, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE