# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

DARREN A. BRITTO, *et al.*,

    *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES.

    *Defendant*.

No. 2:23-cv-19-Z

**[PROPOSED] ORDER ON DEFENDANT'S CONSENT MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

The Court, having considered Defendant's Consent Motion for Leave to File Supplemental Authority, concludes that the motion has merit and should be, and hereby is, **GRANTED.**

SO ORDERED on _____.

_____
UNITED STATES DISTRICT JUDGE