IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

---

DARREN A. BRITTO, GABRIEL A. TAUSCHER, and SHAWN M. KROLL,

    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,

    Defendant.

Case No. 2:23-cv-00019

---

**ORDER ON PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES**

---

Plaintiffs' Consent Motion for Leave to File Supplemental Authorities is hereby granted.


Date: _____          By: _____
                                                         The Honorable Matthew J. Kacsmaryk