IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, et al., | |
| Plaintiffs, | |
| v. | 2:23-CV-019-Z |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES. | |
| Defendant. | |

# ORDER

Before the Court is Defendant's Consent Motion for Leave to File Supplemental Authority ("Motion") (ECF No. 62), filed September 27, 2023. Defendant received Plaintiffs' consent for this request. *Id.* at 2. Having reviewed the Motion and relevant law — here, Local Rule 56.7 — the Court **GRANTS** the Motion.

**SO ORDERED.**

October 5, 2023

---
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE