IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARREN A. BRITTO, *et al.*, | § | |
| Plaintiffs, | § | |
| v. | § | 2:23-CV-019-Z |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES. | § | |
| Defendant. | § | |

# ORDER

Before the Court is Plaintiffs' Consent Motion for Leave to File Supplemental Authorities ("Motion") (ECF No. 64), filed October 5, 2023. Plaintiffs received Defendant's consent for this request. *Id.* at 3. Having reviewed the Motion and relevant law — here, Local Rule 56.7 — the Court **GRANTS** the Motion.

**SO ORDERED.**

October 6, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE