IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DARREN A. BRITTO, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-019-Z |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | |
| Defendants. | |

## ORDER

On June 26, 2023, the Court entered an order granting the parties' Joint Motion to Stay (ECF No. 60). *See* ECF No. 61. The Court stayed proceedings pending the Fifth Circuit's resolution of the expedited appeal of the district court's order denying a preliminary injunction in *Mock v. Garland*, No. 23-10319. The Fifth Circuit issued a decision in *Mock* on August 1, 2023. *See* 75 F.4th 563 (5th Cir. 2023). Accordingly, the Court **DIRECTS** the Clerk of the Court to lift the stay.

**SO ORDERED.**

November 8, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE