IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DARREN A. BRITTO, *et al.*,

    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

    Defendant.

2:23-CV-019-Z

## NOTICE

Pursuant to this Court's previous order staying this case in its entirety (ECF No. 73), the Court **DIRECTS** the Clerk to administratively close this case — as of the date of this Order — for statistical purposes. The Court will reopen this case upon resolution of Defendant's appeal.

The Court issues notice accordingly.

May 2, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE