IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DARREN A. BRITTO, GABRIEL A. TAUSCHER, and SHAWN M. KROLL,

    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

    Defendant.

Case No. 2:23-cv-00019

## JOINT MOTION TO CONTINUE STAY

On January 11, 2024, the Court ordered this case stayed pending the Defendant's appeal of the preliminary injunction which was granted in this matter. On May 2, 2024, the Court ordered this case to be administratively closed, to be reopened upon resolution of Defendant's appeal.

That appeal was subsequently consolidated with several other appeals, including *Mock v. Garland*, No. 23-11199 (5th Cir.). While those appeals were pending, the District Court in *Mock* proceeded to, and issued, a final judgment vacating the same final rule that Plaintiffs here had challenged.

As a result, the appeal in this case was dismissed as moot on August 26, 2024, while the appeal of the final judgment in *Mock* has moved forward. *See Mock v. Garland*, No. 24-10743 (5th Cir.).

The parties have conferred and agree that the Fifth Circuit's decision in the *Mock* appeal will provide significant guidance for this Court to resolve this matter. Now, in order to conserve the resources of the parties and the Court, the parties jointly request that this Court continue the present stay of proceedings until the final resolution of the appeal in *Mock*.

Dated: October 17, 2024

    Respectfully Submitted,

    WISCONSIN INSTITUTE FOR
    LAW & LIBERTY, INC.

    *s/ Lucas T. Vebber*
    Richard M. Esenberg (admitted *pro hac vice*)
    Daniel P. Lennington (admitted *pro hac vice*)
    Lucas T. Vebber (*admitted pro hac vice*)
    330 East Kilbourn Avenue, Suite 725
    Milwaukee, Wisconsin 53202
    Telephone: 414-727-9455
    Facsimile: 414-727-6385
    Rick@will-law.org
    Dan@will-law.org
    Lucas@will-law.org

    *Attorneys for Plaintiffs*


    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    BRIGHAM J. BOWEN
    Assistant Branch Director

    */s/ Taylor Pitz*
    TAYLOR PITZ (CA Bar No. 332080)

JODY D. LOWENSTEIN (MT Bar No. 55816869)
FAITH E. LOWRY (TX Bar No. 24099560)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Attorneys for Defendant*