IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DARREN A. BRITTO *et al.*,

Plaintiffs,

v. 2:23-CV-019-Z

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

Defendant.

**ORDER**

Before the Court is the parties' Joint Motion to Continue Stay ("Motion") (ECF No. 75), filed October 17, 2024. The Motion is **GRANTED**.

The appeal in this case has been consolidated with several other appeals at the Fifth Circuit. ECF No. 75 at 1. Because another District Court has vacated the same final rule at issue in this case, the Fifth Circuit dismissed this appeal as moot on August 26, 2024. *Id.* But the consolidated appeal is still pending in *Mock v. Garland*, No. 24-10743 (5th Cir.). The parties agree that this case should not proceed — though its appeal has been dismissed as moot — because they desire *Mock v. Garland*'s resolution examining the same final rule at issue here. ECF No. 75.

Courts have power to stay proceedings pending appeal because "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Courts assess "the interests of the parties and potential conservation of judicial resources" when deciding whether to grant or continue a stay. *Greco v. Nat'l Football League*, 116 F. Supp. 3d 744, 761 (N.D. Tex. 2015).

Here, the parties both agree a stay should issue. ECF No. 75 at 2. Thus, continuing the stay is in the parties' interest. And judicial resources would be conserved because "the Fifth Circuit's decision in the *Mock* appeal will provide significant guidance for the Court to resolve this matter." *Id.* Continuing to stay this case thus conserves judicial and public resources. And doing so is reasonable and typical within the Fifth Circuit. *See Greco*, 116 F. Supp. 3d at 761; *Cunningham v. Hamilton-Ryker IT Sols., LLC*, No. 3:21-cv-00302, 2023 WL 296442, at *2 (S.D. Tex. Apr. 10, 2023)

Thus, the Court **ORDERS** that the parties file a joint status report to this Court proposing a schedule for further proceedings within 30 days of the resolution of *Mock v. Garland*, No. 24-10743 (5th Cir.). The case remains administratively closed.

**SO ORDERED.**

October 23, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE