IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DARREN A. BRITTO, GABRIEL A. TAUSCHER, and SHAWN M. KROLL,

Plaintiffs,

v. Case No. 2:23-cv-00019

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

Defendant.

**CONSENT MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Pursuant to LR 83.12 undersigned counsel Michael Drezner hereby seeks leave to withdraw as counsel for Defendant, as he is leaving the Department of Justice on January 17, 2025. Counsel of record Jody Lowenstein, Faith Lowry, and Taylor Pitz will continue to represent Defendant. Plaintiffs, through counsel, consent to this motion.

Dated: January 15, 2025

Respectfully Submitted,

*/s/ Michael Drezner*
MICHAEL DREZNER
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-4505
Michael.L.Drezner@usdoj.gov

*Counsel for Defendant*