IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DARREN A. BRITTO, *et al.*,

Plaintiffs,

v. 2:23-CV-019-Z

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,

Defendant.

**ORDER**

Before the Court is Defendant's Consent Motion to Withdraw as Counsel ("Motion") (ECF No. 78), filed on January 15, 2025. Defendant requests that Michael Drezner be withdrawn as counsel because he left "the Department of Justice on January 17, 2025." ECF No. 78 at 1.

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Michael Drezner be withdrawn as counsel in this case.

**SO ORDERED**.

January 27, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE